882

No. 269, Misc. BOWMAN v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner pro se. Jo M. Ferguson, Attorney General of Kentucky, and Zeb A. Stewart, Assistant Attorney General, for respondent.

No. 320. LUFF ET UX. v. LUFF ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Richard L. Merrick for petitioners. R. Sidney Johnson and J. Richard Earle for respondents.

No. 327. STICKEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Morris M. Schnitzer, Robert Roy Dann and R. Lewis Townsend for petitioner. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg and Isabelle Cappello for the United States.

No. 337. CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. J. B. Tietz for petitioner. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg and Robert G. Maysack for the United States.

No. 348. GRIMES v. MARYLAND STATE FAIR, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Ford E. Young, Jr. for petitioner. Charles E. Pledger, Jr., Randolph C. Richardson and Max Sokol for respondent.

No. 360. CAPITAL TRANSIT CO., INC., v. SIMPSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. George D. Horning, Jr. for petitioner. David G. Bress and Alvin L. Newmyer, Jr. for respondents.